IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

V.L. ROBINSON )
)
v. ) No. 3:06-0033
) JUDGE CAMPBELL
PTS OF AMERICA, LLC, et al. )

ORDER

Pending before the Court is Motion to Dismiss or for Summary Judgment Filed by Defendants PTS of America, LLC and Thomas Dupree (Docket No. 8). For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket No. 8) is DENIED and Defendants' Motion for Summary Judgment (Docket No. 8) is DENIED.

IT IS SO ORDERED.

*[signature: Todd Campbell]*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE